IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER SELVEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-25-1544-SLP |
| ) | |
| INDEPENDENT SCHOOL DISTRICT ) | |
| NUMBER 16 OF PAYNE COUNTY, ) | |
| STATE OF OKLAHOMA, a/k/a ) | |
| STILLWATER PUBLIC SCHOOL ) | |
| DISTRICT, a/k/a STILLWATER ) | |
| INDEPENDENT SCHOOL DISTRICT ) | |
| NUMBER 16, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiffs' Response [Doc. No. 26] to Defendant Paul Blankinship's Motion to Dismiss. Plaintiffs' brief addresses the arguments contained in Paul Blankinship's Motion to Dismiss [Doc. No. 18]. *See generally* Resp. [Doc. No. 26]. However, the Court notes that Plaintiffs have titled the brief as "Plaintiff's [sic] Response to Defendant Walter Howell's Motion to Dismiss." Resp. [Doc. No. 26] at 1. Plaintiffs have already filed a response brief, *see* Resp. [Doc. No. 19], addressing Defendant Walter Howell's Motion to Dismiss [Doc. No. 8]. To avoid confusion, the Court STRIKES Plaintiffs' Response [Doc. No. 26] to Defendant Paul Blankinship's Motion to Dismiss and DIRECTS Plaintiffs to refile the brief with a correct title reflecting the substance of the brief.

IT IS SO ORDERED this 9th day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE