**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| AMBER SELVEY, individually;<br>TYLER SELVEY, individually;<br>and on behalf of minor child L.S.;<br><br>Plaintiffs,<br><br>v.<br><br>INDEPENDENT SCHOOL DISTRICT NUMBER 16 of PAYNE COUNTY, STATE OF OKLAHOMA, a/k/a STILLWATER PUBLIC SCHOOL DISTRICT, a/k/a STILLWATER INDEPENDENT SCHOOL DISTRICT NUMBER 16; CITY OF STILLWATER; JESSE BUTLER, an individual; JACQUE BUTLER, an individual; MACK BUTLER, in his individual and official capacity; PAUL BLANKINSHIP, in his individual and official capacity; and WALTER HOWELL, in his individual and official capacity;<br><br>Defendants. | ) | Case No. CIV-25-1544-SLP |

**<u>O R D E R</u>**

The Court is in receipt of Defendant City of Stillwater's Amended Motion to Dismiss and Brief in Support [Doc. No. 34] (Amended Motion). In its September 16, 2026 Order, the Court specifically directed the City of Stillwater to only file a redacted version of the exhibit [Doc. No. 21-1] attached to Defendant City of Stillwater's Motion to Dismiss and Brief in Support [Doc. No. 21]. *See* Order [Doc. No. 33] at 2; *id.* at 2, n. 1. Nonetheless, the Court accepts the Amended Motion for filing solely for consideration of the redacted version of the exhibit [Doc. No. 34-1] attached to the Amended Motion. For

all other purposes, Defendant City of Stillwater's Motion to Dismiss and Brief in Support [Doc. No. 21] remains the operative Fed. R. Civ. P. 12(b)(6) motion for the City of Stillwater.

IT IS SO ORDERED this 21st day of September, 2026.

Scott L. Palk

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**